■ Bray Terminals, Inc., et al., Appellants, v New York State Department of Taxation and Finance, Respondent. [596 NYS2d 717] —Appeal from a judgment of the Supreme Court, Nassau County (Morrison, J.), entered August 29, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Morrison at the Supreme Court. Bracken, J. P., Rosenblatt, O'Brien and Copertino, JJ., concur.